Mark M. Bettilyon (4798)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
mbettilyon@rqn.com

Christopher A. Hughes (*pro hac vice pending*)
Bart Verdirame (*pro hac vice pending*)
CADWALADER, WICKERSHAM & TAFT, LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6891
Facsimile: (212) 504-6666
Christopher.Hughes@cwt.com
Bart.Verdirame@cwt.com

*Attorneys for Defendant,
AngioDynamics, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C.R. BARD, INC.,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>ANGIODYNAMICS, INC.,<br><br>　　　　　　　　Defendant<br><br><br>AND RELATED COUNTERCLAIMS. | **DEFENDANT ANGIODYNAMICS, INC.'s DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Case No. 2:12-CV-00035-DAK<br><br>Judge Dale A Kimball |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant AngioDynamics, Inc., a publicly traded, non-governmental party, certifies that there is no parent or publicly held corporation that owns 10% or more of its stock.

115437

Dated: April, 11, 2012                                Respectfully submitted,

RAY QUINNEY & NEBEKER P.C.

  /s/ Mark M. Bettilyon
Mark M. Bettilyon

*Attorneys for Defendant,*
*AngioDynamics, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2012, I electronically filed the foregoing **DEFENDANT ANGIODYNAMICS, INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

> Byron J. Benevento (5254)
> Kimberly Neville (9067)
> SNELL & WILMER LLP
> 15 West South Temple, Suite 1200
> Salt Lake City, Utah 84101-1004
> Telephone: (801) 257-1902
> Facsimile: (801) 257-1800
> bbenevento@swlaw.com
> kneville@swlaw.com
>
> *Attorneys for Plaintiff,*
> *C.R. Bard, Inc.*

/s/ Lori M. McGee