Bryon J. Benevento (5254)
Kimberly Neville (9067)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-8951
Facsimile: (801) 856-7597
benevento.bryon@dorsey.com
neville.kimberly@dorsey.com

Steven C. Cherny (*pro hac vice*)
Matthew A. Traupman (*pro hac vice*)
Brian P. Biddinger (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
stevencherny@quinnemanuel.com
matthewtraupman@quinnemanuel.com
brianbiddinger@quinnemanuel.com

*Attorneys for Plaintiff C. R. Bard, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C. R. BARD, INC., a New Jersey corporation, <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS INC., a Delaware corporation, <br><br> Defendant. | **PLAINTIFF'S SUPPLEMENTAL RULE 7.1 STATEMENT** <br><br> Case No. 2:12-cv-00035-RJS <br><br> Judge Robert J. Shelby |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff C.R. Bard, Inc. states that it is a wholly owned subsidiary of Becton, Dickinson and Company, a publicly traded company (NYSE: BDX), and that T. Rowe Price Associates, Inc., a publicly traded company (NYSE: TROW), owns 10% or more of Becton, Dickinson and Company's stock.

Dated:  January 8, 2018                                    Respectfully submitted,

/s/ *Bryon J. Benevento*
Bryon J. Benevento (5254)
Kimberly Neville (9067)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone:  (801) 933-8951
Facsimile:  (801) 856-7597
benevento.bryon@dorsey.com
neville.kimberly@dorsey.com

Steven C. Cherny (*pro hac vice*)
Matthew A. Traupman (*pro hac vice*)
Brian P. Biddinger (*pro hac vice*)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
stevencherny@quinnemanuel.com
matthewtraupman@quinnemanuel.com
brianbiddinger@quinnemanuel.com

*Attorneys for Plaintiff C.R. Bard, Inc.*