# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>   Plaintiff/Counterclaim-Defendants,<br><br>v.<br><br>ANGIODYNAMICS, INC.,<br><br>   Defendant/Counterclaim-Plaintiff. | C.A. No. 20-1544-CFC |

## DEFENDANT ANGIODYNAMICS, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS UNDER RULE 15(a)(2)

Defendant AngioDynamics, Inc. ("Defendant") moves the Court for leave to amend its Answer and Counterclaims (D.I. 70) under Fed. R. Civ. P. 15(a)(2). The grounds for this motion are set forth in Defendant's Opening Brief in Support filed contemporaneously herewith.

Pursuant to D. Del. LR 15.1, a copy of the proposed amended pleading, as well as a blackline version showing the proposed changes to the pleading, are attached to this motion as Exhibits A and B, respectively. A proposed form of Order is also attached.

Counsel including Delaware Counsel for the parties have conferred pursuant to D. Del. LR 7.1.1, and Plaintiffs oppose the relief sought by Defendant's Motion.

OF COUNSEL:

Christopher A. Hughes
John T. Moehringer
Danielle V. Tully
Michael B. Powell
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000

Dated: April 14, 2021
7158906 / 42341-001

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Stephanie E. O'Byrne*
    David E. Moore (#3983)
    Stephanie E. O'Byrne (#4446)
    Joseph D. Farris (#6657)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    sobyrne@potteranderson.com
    jfarris@potteranderson.com

*Attorneys for Defendant/Counterclaim Plaintiff AngioDynamics, Inc.*