# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Plaintiff/Counterclaim-Defendants,<br><br>v.<br><br>ANGIODYNAMICS, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)  C.A. No. 20-1544-CFC-SRF<br>)<br>)  **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT ANGIODYNAMICS, INC.'S EMERGENCY MOTION FOR PROTECTIVE ORDER UNDER FRCP 26(c)

Defendant Angiodynamics, Inc. hereby moves for a protective order under Fed. R. Civ. P. 26(c). The grounds for this motion are set forth in Defendant's Letter filed contemporaneously herewith. A proposed form of Order is also attached.

Counsel including Delaware Counsel for the parties met and conferred on July 12, 2023 pursuant to D. Del. LR 7.1.1, and Plaintiffs oppose the relief sought by Defendant's Motion.

                                    Respectfully submitted,

                                    POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John T. Moehringer
Danielle V. Tully
Michael B. Powell
CADWALADER, WICKERSHAM
  & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000

Dated: July 13, 2023
10914676 / 17409.00002

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant/Counterclaim Plaintiff AngioDynamics, Inc.*