## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. | ) ) ) | |
| Plaintiff/Counterclaim-Defendants, | ) ) ) | C.A. No. 20-1544-CFC-SRF |
| v. | ) ) ) | **DEMAND FOR JURY TRIAL** |
| ANGIODYNAMICS, INC., | ) ) | |
| Defendant/Counterclaim-Plaintiff. | ) ) | |

## ANGIODYNAMICS, INC.'S MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

AngioDynamics, Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following persons may bring their personal electronic devices to the September 13, 2023 Hearing in this matter: John T. Moehringer and Michael B. Powell (collectively "Lead Counsel").

Lead Counsel, who have been admitted *pro hac vice* in this matter, are not in possession of their bar identification cards. Lead Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:                                   By:   */s/ Bindu A. Palapura*
                                                     David E. Moore (#3983)
John T. Moehringer                                   Bindu A. Palapura (#5370)
Danielle V. Tully                                    Andrew L. Brown (#6766)
Michael B. Powell                                    Hercules Plaza, 6th Floor
CADWALADER, WICKERSHAM                               1313 N. Market Street
  & TAFT LLP                                         Wilmington, DE  19801
200 Liberty Street                                   Tel:  (302) 984-6000
New York, NY  10281                                  dmoore@potteranderson.com
Tel:  (212) 504-6000                                 bpalapura@potteranderson.com
                                                     abrown@potteranderson.com


Dated:  September 11, 2023                     *Attorneys for Defendant/Counterclaim*
11035695 / 17409.00002                         *Plaintiff AngioDynamics, Inc.*


        IT IS SO ORDERED, this _____ day of September 2023.


                                    _____
                                                  Judge