# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., </br></br> Plaintiffs/Counterclaim-Defendants, </br></br> v. </br></br> ANGIODYNAMICS, INC., </br></br> Defendant/Counterclaim-Plaintiff. | C.A. No. 20-1544-CFC-SRF </br></br> **DEMAND FOR JURY TRIAL** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Plaintiffs filed an Emergency Motion to Extend the Deadline for Bard's Summary Judgment and *Daubert* Motions on October 31, 2023 (D.I. 489) ("Plaintiffs' Motion");

WHEREAS, the Parties, as part of their continued efforts to resolve their dispute, have agreed upon a proposed schedule extension that will moot Plaintiffs' Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant, subject to the approval of the Court, that the deadlines for the Parties to file their respective summary judgment and *Daubert* motions shall be extended as indicated below.

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Opening SJ and Daubert Briefs | Nov. 14, 2023 | Nov. 20, 2023 |
| Answering SJ and Daubert Briefs | Dec. 1, 2023 | Dec. 7, 2023 |
| Reply SJ and Daubert Briefs | Dec. 15, 2023 | **Unchanged** |

No other deadlines in the Scheduling Order (D.I. 273, as amended by D.I. 338, 399, 457, 469) are altered by way of this Stipulation.

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs/Counterclaim Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaim Plaintiff AngioDynamics, Inc.*

Dated: November 2, 2023
11142788

IT IS SO ORDERED, this ___2nd___ day of November 2023.

_____
Chief Judge

2