# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. ) ) ) Plaintiff/Counterclaim- ) Defendants, ) ) v. ) ) ANGIODYNAMICS, INC., ) ) Defendant/Counterclaim- ) Plaintiff. ) | C.A. No. 20-1544-CFC-SRF **DEMAND FOR JURY TRIAL** |

## DEFENDANT'S *DAUBERT* MOTION NO. 1 TO EXCLUDE OPINIONS OF DR. JOHN COLLINS, DR. MATTHEW JOHNSON, AND CATHARINE LAWTON INCONSISTENT WITH THE CLAIM CONSTRUCTION

Defendant AngioDynamics, Inc. ("AngioDynamics"), by and through its undersigned counsel, respectfully moves this Court for an Order excluding the Opinions of Bard's Expert Witnesses that are inconsistent with the Court's Claim Construction. The grounds for AngioDynamics's Motion, and relief requested, are set forth in its Opening Brief filed contemporaneously herewith.

Counsel for the parties have conferred, pursuant to D. Del. LR 7.1.1, and Plaintiffs oppose the relief sought by Defendant's motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore*<br>David E. Moore (#3983) |
| John T. Moehringer | Bindu A. Palapura (#5370) |
| Danielle V. Tully | Andrew L. Brown (#6766) |
| Michael B. Powell | Hercules Plaza, 6th Floor |
| CADWALADER, WICKERSHAM | 1313 N. Market Street |
| & TAFT LLP | Wilmington, DE  19801 |
| 200 Liberty Street | Tel:  (302) 984-6000 |
| New York, NY  10281 | dmoore@potteranderson.com |
| Tel:  (212) 504-6000 | bpalapura@potteranderson.com |
|  | abrown@potteranderson.com |
| Dated:  November 20, 2023<br>11171580 / 17409.00002 | *Attorneys for Defendant/Counterclaim Plaintiff AngioDynamics, Inc.* |