IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC and BARD PERIPHERAL VASCULAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 20-1544 (CFC) (SRF) ) ) ) ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, and the terms of the parties' Settlement Agreement, Plaintiffs C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., and Defendant AngioDynamics, Inc., hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this matter. This Court shall retain jurisdiction to enforce this Order of Dismissal.

Each party shall bear its own costs, expenses and attorney's fees incurred in this matter, and each party knowingly and voluntarily waives any right, arising under 35 U.S.C. § 285 or otherwise, to make a claim for any costs, attorney's fees or other expenses associated with the matters settled by this Joint Stipulation of Dismissal.

Pursuant to the parties' Settlement Agreement, all pending motions are rendered moot.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| /s/ *Brian P. Egan* | /s/ *David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>cclark@morrisnichols.com | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 98406000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com |
| *Attorneys for Plaintiffs C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* | *Attorneys for Defendant AngioDynamics, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Steven C. Cherny<br>Lauren Martin<br>QUINN EMANUEL URQUHART<br>　& SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>(617) 712-7100 | John T. Moehringer, Esquire<br>Danielle V. Tully, Esquire<br>Michael B. Powell, Esquire<br>CADWALADER, WICKERSHAM<br>　& TAFT LLP<br>One World Financial Center<br>New York, NY 10281 |
| Matthew A. Traupman<br>QUINN EMANUEL URQUHART<br>　& SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000 | Andrew J. Harris, Esquire<br>Deanna Thompson, Esquire<br>David A. Cole, Esquire<br>Catherine N. Taylor, Esquire<br>John T. Augelli, Esquire<br>Rikesh P. Patel, Esquire<br>CADWALADER, WICKERSHAM<br>　& TAFT LLP<br>200 Liberty Street<br>New York, NY 10281 |

Emory Burns, Esquire
CADWALADER, WICKERSHAM
 & TAFT LLP
650 South Tyron Street
Charlotte, NC 28202

April 8, 2024

**SO ORDERED** this ____ day of April, 2024.

_____
Chief, United States District Court Judge